**GARVEY, BALLOU**

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

1973 Route 34

Wall, NJ 07719

(732) 341-1212

Attorneys for defendant, Costco Wholesale Corp
Our File No.   131.25669- RAB/dg
Attorney ID#:

---

SVETLANA VOLOCHINSKY

        Plaintiff(s),

vs.

COSTO WHOLESALE CORP, JOHN
DOE EMPLOYEES 1-10 (SAID
NAMES BEING FICTITIOUS AS
THEIR IDENITIES ARE PRESENTLY
UNKNOWN) JOHN DOES A-Z
MANAGEMENT COMPANY (SAID
NAMES BEING FICTITIOUS AS
THEIR IDENTITES ARE PRESENTLY
UNKNOWN), JOHN DOES 1-10
MANAGER (SAID NAMES BEING
FICTITIOUS AS THEIR IDENTIES
ARE PRESENTLY UNKNOWN), JOHN
DOES A-Z MAINTENANCE
PERSONNEL, (SAID NAMES BEING
FICTITIOUS AS THEIR IDENTITY
ARE PRESENTLY UNKNOWN)

        Defendant(s)

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DOCKET NO. MID-L-2131-22

Civil Action

NOTICE TO ADVERSARY OF REMOVAL OF
ACTION

---

TO:   Brandon Broderick, Esq
      65 State Highway 4 East
      River Edge NJ  07661

**Sir/Madam:**

    **PLEASE TAKE NOTICE** that in the above-entitled action, defendant, Costco
Wholesale Corporation, have this day filed a Notice of Removal, a copy of which
is attached hereto, in the Office of the Clerk of the United States District
Court for the District of New Jersey.  You are also advised that the defendant,
upon filing of said Notice of Removal, filed a copy of the Notice with the Clerk

of the Superior Court of New Jersey, Law Division, Middlesex County, which has
effected this removal, in accordance with 28 U.S.C. § 1446 (B).


                                    GARVEY BALLOU

                              BY:   /s/ Robert A. Ballou, Jr.
                                    ROBERT A. BALLOU, JR
                                    Attorneys for Defendant
                                    Costco Wholesale Corporation

DATED:        May 13, 2022